EMMA T. CORNELL, Respondent, *v.* THE TRAVELERS' INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Appellant.

*Cornell* v. *Travelers' Ins. Co.,* 120 App. Div. 459, affirmed.
(Argued June 5, 1908; decided September 29, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 11, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover upon a policy of life insurance.

*Frank Verner Johnson* and *Knowlton Durham* for appellant.

*George O. Redington* and *Aaron J. Colnon* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: WERNER, J.

---

JAMES A. JEWELL, Respondent, *v.* CAROLINE L. JEWELL, Appellant.

*Jewell* v. *Jewell,* 114 App. Div. 900, affirmed.
(Argued June 8, 1908; decided September 29, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 18, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action for divorce.

*William L. Snyder* for appellant.

*Henry B. Closson* for respondent.

Judgment affirmed, without costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.